UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CORY LEE DAVIS, et al.,                     )
          Plaintiffs,                   )
vs.                                         )          No. 3:19-CV-2866-B-BH
                           )
CITY OF DALLAS/DPD,                          )
          Defendant.                    )          Referred to U.S. Magistrate Judge[1]

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. By separate judgment, the plaintiff's time-barred claims will be **DISMISSED** with prejudice as frivolous or for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B).

SIGNED this 14th day of October, 2021.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

---

[1] By *Special Order No. 3-251*, this *pro se* case has been automatically referred for judicial screening.